**Motion Granted; Order filed February 2, 2012.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-11-00986-CR

_____

**ASHTON PIERRE COYT-SOWELLS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 263rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1265089**

## ORDER

The clerk's record in this appeal was filed December 27, 2011.

Appellant filed a motion requesting that the presentence investigation report be included in the record. *See* Tex. R. App. P. 34.5(c). The Harris County District Clerk is directed to file a supplemental clerk's record on or before **February 14, 2012**, containing the presentence investigation report.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

Appellant's brief is due 30 days after receipt of the supplemental clerk's record.


PER CURIAM